Elizabeth A. Skane, Esq. (SBN 187752)
Tanya L. Prouty, Esq. (SBN 309650)
SKANE MILLS LLP
600 B Street, Suite 1500
San Diego, CA  92101
T: (619) 702-1635 / F: (619) 702-1645
eskane@skanemills.com / tprouty@skanemills.com

Attorneys for Defendants/Cross-Complainants, WALMART, INC. AND WALMART CLAIMS SERVICES, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE STUZYNSKI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; WALMART CLAIMS SERVICES, INC., an Arkansas corporation; and DOES 1- 20, inclusive,<br><br>Defendants.<br>WALMART, INC., AND WALMART CLAIMS SERVICES, INC.<br><br>Cross-Complainants,<br><br>v.<br><br>ROES 1 through 50, inclusive,<br><br>Cross-Defendants. | Case No. '22CV205 TWR MDD<br><br>**DEFENDANTS WALMART, INC.; and WALMART CLAIMS SERVICES, INC. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants WALMART, INC. and WALMART CLAIMS SERVICES, INC. ("Defendants") hereby remove to this Court the State Court action described below:

1. On December 17, 2021, Plaintiff STEVE STUZYNSKI ("Plaintiff") filed this action in the Superior Court of the State of California, County of San Diego, as Case No. 37-2021-00052850-CU-PO-CTL and subsequently served Defendants. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

2. Defendants filed its answer to the Complaint and a Cross-Complaint against unnamed Roe Cross-Defendants on January 21, 2022. (A true and correct copy of the answer is attached hereto as Exhibit "B" and a true and correct copy of the Cross-Complaint is attached hereto as Exhibit "C").

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Diversity of the parties exists as Plaintiff is a citizen of California. (See Exhibit "A").

5. Defendant Walmart Inc. is a Delaware corporation with its principal place of business located in Bentonville, Arkansas.

6. Defendant Walmart Claims Services Inc. is an Arkansas corporation with its principal place of business located in Bentonville, Arkansas.

7. Defendants were served with Plaintiff's Statement of Damages on January 27, 2022. The Statement of Damages list over $2 million. A true and correct copy of the Plaintiff's Statement of Damages is attached hereto as Exhibit "D."

///

8. No other Defendants have appeared in this action as of the filing of this removal.

9. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and 28 U.S.C. §1446(c)(3).

DATED: February 15, 2022         **SKANE MILLS LLP**

By: */s/ Tanya Prouty*
Elizabeth A. Skane, Esq
Tanya L. Prouty, Esq.
Attorneys for Defendants
WALMART, INC.; WAL-MART ASSOCIATES, INC.; and
WAL-MART REALITY COMPANY

# DECLARATION OF TANYA L. PROUTY

I, Tanya L. Prouty, declare that:

1. I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California. I am an associate at Skane Mills LLP, the attorneys for Defendants Walmart, Inc., WALMART CLAIMS SERVICES, INC.. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2. On December 17, 2021, Plaintiff STEVE STUZYNSKI ("Plaintiff") filed this action in the Superior Court of the State of California, County of San Diego, as Case No. 37-2021-00052850-CU-PO-CTL and subsequently served Defendants. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

3. Defendants filed its answer to the Complaint and a Cross-Complaint against unnamed Roe Cross-Defendants on January 21, 2022. (A true and correct copy of the answer is attached hereto as Exhibit "B" and a true and correct copy of the Cross-Complaint is attached hereto as Exhibit "C").

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Diversity of the parties exists as Plaintiff is a citizen of California. (See Exhibit "A").

6. Defendant Walmart Inc. is a Delaware corporation with its principal place of business located in Bentonville, Arkansas.

7. Defendant Walmart Claims Services Inc. is an Arkansas corporation with its principal place of business located in Bentonville, Arkansas.

8. Defendants were served with Plaintiff's Statement of Damages on January 27, 2022. The Statement of Damages list over $2 million. A true and correct copy of the Plaintiff's Statement of Damages is attached hereto as Exhibit "D."

9. No other Defendants have appeared in this action as of the filing of this removal.

10. Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and 28 U.S.C. §1446(c)(3).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, California on February 15, 2022.

*/s/ Tanya L. Prouty*
Tanya L. Prouty, Declarant

5

DEFENDANTS WALMART, INC.; and WALMART CLAIMS SERVICES, INC. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL

**DEMAND FOR JURY TRIAL**

Defendants Walmart, Inc. and Walmart Claims Services Inc. hereby demand trial of this matter by jury.

DATED: February 15, 2022            **SKANE MILLS LLP**

By: */s/ Tanya L. Prouty*
Elizabeth Skane, Esq.
Tanya L. Prouty, Esq.
Attorneys for Defendants
Walmart, Inc., and Walmart Claims Services Inc.

6

DEFENDANTS WALMART, INC.; and WALMART CLAIMS SERVICES, INC. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL