UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE STUZYNSKI, an individual,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>WALMART, INC., a Delaware corporation; WALMART CLAIMS SERVICES, INC., an Arkansas corporation; and DOES 1- 20, inclusive,<br>　　　　　　　　　　　Defendants. | Case No.:  22-CV-0205 TWR (MDD)<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>**(ECF No. 13)** |

　　　　On July 11, 2022, the Court ordered Defendants Walmart, Inc., and Walmart Claims Services, Inc. to show cause "why this action should not be remanded to the Superior Court of California, County of San Diego, for lack of subject-matter jurisdiction." (*See* "OSC," ECF No. 10.)  The Court is now in receipt of Defendants' Response to the Court's Order to Show Cause ("Response," ECF No. 11), Plaintiff's Reply to Defendants' Response to the Court's Order to Show Cause ("Reply," ECF No. 12), and the Parties' Joint Motion to Remand this action to the San Diego County Superior Court ("Joint Motion," ECF No. 13).

/ / /

/ / /

| | |
|---|---|
| 1 | Good cause appearing, the Court **GRANTS** the Joint Motion.  The Court therefore |
| 2 | **REMANDS** this action to the Superior Court of California, County of San Diego. |
| 3 | **IT IS SO ORDERED.** |
| 4 | Dated:  August 11, 2022 |

_____
Honorable Todd W. Robinson
United States District Judge